# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria Ramos Larios de Ortiz,

Petitioner,

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden, Executive Office for Immigration Review,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv967 (JMG/LIB)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government shall, if necessary, immediately return the petitioner to the District of Minnesota.
3. When the petitioner is in Minnesota, the government shall immediately release the petitioner from custody without conditions, and shall return any personal property seized from the petitioner when detained.
4. No later than **February 7, 2026**, the government shall file a status report certifying compliance with this Order.

Date: 2/5/2026

KATE M. FOGARTY, CLERK